**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:17cr131-MHT** |
| | ) | **(WO)** |
| **CHRISTOPHER MICHAEL PARKER** | ) | |

**ORDER**

On June 12, 2019, defendant Christopher Michael Parker pled guilty to the charge contained in the revocation petition (doc. no. 638). Accordingly, it is ORDERED as follows:

(1) Defendant Christopher Michael Parker is adjudged guilty to the charge contained in the revocation petition (doc. no. 638).

(2) At defense counsel's oral request, sentencing is continued to July 31, 2019, at 10:00 a.m. in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

(3) On or before July 17, 2019, defense counsel is to submit to the court a proposal to address defendant Parker's drug addiction.  The proposal should indicate whether defendant Parker wishes to participate in the modified HOPE model.  *See United States v. Newman*, 350 F. Supp. 3d 1218 (M.D. Ala. 2018).

(4) On or before July 24, 2019, government counsel and the supervising probation officer are to file responses to defense counsel's proposal.

DONE, this the 13th day of June, 2019.

                                        /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**